UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JESUS E. SOTO-DIAZ,
 Plaintiff,

v.                                                          CIV. No. 97-2123 (DRD)

WARNER-LAMBERT, INC.,
Defendant.

## JUDGMENT

For the reasons set forth in the Opinion and Order entered on this same date, Plaintiff's claim under the Americans with Disabilities Act 42 U.S.C. §§ 12101 et seq., is **DISMISSED WITH PREJUDICE.** Plaintiff's claims under state law are **DISMISSED WITHOUT PREJUDICE** for potential adjudication in the Commonwealth of Puerto Rico Courts.

**IT SO ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 29th day of September, 2000.

                                                   **DANIEL R. DOMINGUEZ**
                                                   U.S. DISTRICT JUDGE

P:\FINALORD ERS\97-2123J.WPD