UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 NOV 13 PM 10 45
CLERK'S OFFICE
US DISTRICT COURT

Plaintiff(s) _Jesus E. Soto Diaz_

Defendant(s) _Warner Lambert, Inc._

CIVIL NO. _97-2123_ (DRD)

v.

| MOTION | ORDER |
|---|---|
| Docket entry no. _65_ | ☑ GRANTED. |
| Date: _Oct. / 26 / 00_ | ☐ DENIED. |
| Title: _Motion Requesting Enlargement of Time to Reply to Defendant's Motion to Amend Judgment Under Rule 59(e)_ | ☐ MOOT. |
| | ☐ NOTED. |

Plaintiff is hereby granted ten (10) additional days to respond to Defendant's motion. Plaintiff's response is due on November 16, 2000. No extensions shall be granted.

IT IS SO ORDERED.

Date: _November 9th, 2000_

_[signature]_

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**